United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                            Case No. 2:09-cv- 852

John Allen

COURTROOM MINUTES
Show Cause Hearing

|  | U.S. Magistrate Judge Norah McCann King | Date: November 20, 2009 | |
|---|---|---|---|
| Deputy Clerk | Jessica Rector | Counsel for Govt: | Daniel Applegate |
| Court Reporter | Denise Errett | Counsel for Deft(s): | |
| Interpreter | | Pretrial/Probation: | |
| Log In | 10:15 am | Log Out | 10:20 am |

Defendant did not appear at hearing.

Magistrate Judge King will issue a Report and Recommendation on the Petition to enforce IRS summons, as well as defendants motion to dismiss and the governments motion to dismiss defendant's counterclaim.