IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

            CASE NO. C2-09-852
v.            JUDGE EDMUND A. SARGUS, JR.
            MAGISTRATE JUDGE NORAH MCCANN KING

JOHN ALLEN,

    Respondent.

### ORDER

This matter is before the Court for consideration of the Respondent's objections to the Report and Recommendation of the Magistrate Judge. After review, this Court finds the objections to be wholly without merit and **ADOPTS** the Report and Recommendation in its entirety. The summons issued by the Petitioner is hereby **ENFORCED**. The Respondent shall comply with the summons or otherwise will be in contempt of court. Subject to enforcement proceedings, if necessary, this case is **DISMISSED**.

**IT IS SO ORDERED.**

6-10-2010
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE