AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**UNITED STATES OF AMERICA,**

        **Petitioner,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**JOHN ALLEN,**

         **Respondent.**

**CASE NO. C2-09-852**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the ORDER filed June 10, 2010, JUDGMENT is hereby entered DISMISSING this action.**

Date: June 10, 2010

JAMES BONINI, CLERK

*/S/ Andy F. Quisumbing*

(By) Andy F. Quisumbing
Courtroom Deputy Clerk